Corson, Appellant, *v.* Raphael.

Argued October 6, 1937.

Before KELLER, P. J., CUNNINGHAM, BALDRIGE, STADTFELD, PARKER, JAMES and RHODES, JJ.

*Herman Steerman,* with him *Isidor Ostroff,* for appellant.

*Charles F. Kelley,* with him *Edward A. Hosey, Jr.,* for appellee.

PER CURIAM, October 27, 1937:

The controlling facts in this case are sufficiently similar to those in *Stockberger v. Maag,* 121 Pa. Superior Ct. 216, 183 A. 439, to bring it within the ruling of that case.

On the authority of *Stockberger v. Maag,* supra, the judgment is affirmed.